IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BJORN MYKLATUN, an individual residing in Oslo, Norway, and OIL INNOVATION, AS, a Norwegian Company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HALLIBURTON ENERGY SERVICES, INC., a Foreign Corporation, FLOTEK INDUSTRIES, INC., a Delaware Corporation; CHEMICAL AND EQUIPMENT SPECIALTIES, INC. an Oklahoma Corporation; JERRY D. DUMAS, SR., an individual residing in Houston, Texas, and JOHN TODD SANNER, an individual residing in Duncan, Oklahoma, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-09-770-F |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE* OF
DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

COME NOW, Plaintiffs Bjorn Myklatun and Oil Innovation AS, by and through their counsel of record Richardson Richardson Boudreaux Keesling, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby files this Voluntary Stipulation of Dismissal *with Prejudice* as to Defendant Halliburton Energy Services, Inc. Counsel for Plaintiffs have been provided with the authority to sign the stipulation below on behalf of Counsel for Defendant Halliburton Energy Services, Inc.

Respectfully submitted,

**RICHARDSON RICHARDSON**

        **BOUDREAUX KEESLING**

        s/ Heidi L. Shadid
        Gary L. Richardson, OBA # 7547
        Charles L. Richardson, OBA # 13388
        David R. Keesling, OBA # 17881
        Heidi L. Shadid, OBA # 22897
        6450 S. Lewis Ave., Suite 300
        Tulsa, OK 74136
        (918) 492-7674 Phone
        (918) 493-1925 Fax
        hls@rrbklaw.com

        and

        Hans Peder Bjerke
        **Gram Hambro & Garman**
        Raadhusgt 5B
        0151 Oslo, Norway
        (+47) 22941420 Phone
        (+47) 85029443 Fax
        hpb@ghg.no

        *Attorneys for Plaintiffs*

As stipulated:
MCKOOL SMITH, P.C.

s/ Robert Manley
Robert Manley, *Pro Hac Vice*
Aimee Fagan, *Pro Hac Vice*
Ada Brown, *Pro Hac Vice*
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000 Phone
(214) 978-4004 Fax
Victoria Wicken, *Pro Hac Vice*
Kevin Kneupper, *Pro Hac Vice*
300 W. 6th Street, Suite 1700
Austin, Texas 78701
(512) 692-8700 Phone
(512) 692-8744 Fax

And

Gerald P. Green, OBA # 03563
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73126-0350
(405) 235-1611 Phone
(405) 235-2904 Fax
*Attorneys for Defendant Halliburton*
*Energy Services, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of October, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

 Victoria Wicken
 Kevin Kneupper
 Aimee Fagan
 Robert Manley
 Ada Brown
 Gerald Green
 Anton Rupert
 Geren Steiner

               s/ Heidi L. Shadid
               *Attorney for Plaintiffs*