IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED IN OPEN COURT
OCT 2 8 2011
BY: _____

BJORN MYKLATUN, an individual )
Residing in Oslo, Norway, and )
OIL INNOVATION, AS, a Norwegian )
Company, )
)
)
    Plaintiffs, )
)
v. )    Case No. CIV-09-0770-F
)
FLOTEK INDUSTRIES, INC., a Delaware )
Corporation, CHEMICAL AND )
EQUIPMENT SPECIALTIES, INC. an )
Oklahoma Corporation, JERRY D. DUMAS, )
SR., an individual residing in Houston, )
Texas, and JOHN TODD SANNER, an )
individual residing in Duncan, Oklahoma, )
)
    Defendants. )

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above-entitled cause, find as follows:

PLEASE ANSWER PART 1 AS TO ALL FOUR OF THE DEFENDANTS

### PART 1 - PLAINTIFFS' FRAUD CLAIM

AS TO DEFENDANT, FLOTEK INDUSTRIES, INC.:

PLEASE SELECT EITHER A OR B:

A. __X__ In favor of plaintiffs and against defendant, Flotek Industries, Inc., on the fraud claim.

OR

B. _____ In favor of defendant, Flotek Industries, Inc., and against plaintiffs on the fraud claim.

## AS TO DEFENDANT, CHEMICAL AND EQUIPMENT SPECIALITIES, INC. (CESI):

PLEASE SELECT EITHER A OR B:

A. __ X __ In favor of plaintiffs and against defendant, Chemical and Equipment Specialities, Inc., on the fraud claim.

**OR**

B. _____ In favor of defendant, Chemical and Equipment Specialities, Inc., and against plaintiffs on the fraud claim.

## AS TO DEFENDANT, JERRY D. DUMAS, SR.:

PLEASE SELECT EITHER A OR B:

A. _____ In favor of plaintiffs and against defendant, Jerry D. Dumas, Sr., on the fraud claim.

**OR**

B. __ X __ In favor of defendant, Jerry D. Dumas, Sr., and against plaintiffs on the fraud claim.

## AS TO DEFENDANT, JOHN TODD SANNER:

PLEASE SELECT EITHER A OR B:

A. _____ In favor of plaintiffs and against defendant, John Todd Sanner, on the fraud claim.

**OR**

B. __ X __ In favor of defendant, John Todd Sanner, and against plaintiffs on the fraud claim.

---

IF YOU HAVE NOT FOUND IN FAVOR OF PLAINTIFFS AS TO *ANY* DEFENDANT IN PART 1, ABOVE, YOU HAVE COMPLETED YOUR WORK, AND THE FOREPERSON SHOULD SIGN AND DATE THE VERDICT FORM. OTHERWISE, PROCEED TO PART 2.

**PLEASE ANSWER PART 2 AS TO ALL FOUR OF THE DEFENDANTS**

**PART 2 - PLAINTIFFS' CIVIL CONSPIRACY CLAIM**

**AS TO DEFENDANT, FLOTEK INDUSTRIES, INC.:**

**PLEASE SELECT EITHER A OR B:**

A. _____ In favor of plaintiffs and against defendant, Flotek Industries, Inc., on the civil conspiracy claim.

**OR**

B. \_\_\_X\_\_\_ In favor of defendant, Flotek Industries, Inc., and against plaintiffs on the civil conspiracy claim.

**AS TO DEFENDANT, CHEMICAL AND EQUIPMENT SPECIALITIES, INC. (CESI):**

**PLEASE SELECT EITHER A OR B:**

A. _____ In favor of plaintiffs and against defendant, Chemical and Equipment Specialities, Inc., on the civil conspiracy claim.

**OR**

B. \_\_\_X\_\_\_ In favor of defendant, Chemical and Equipment Specialities, Inc., and against plaintiffs on the civil conspiracy claim.

**AS TO DEFENDANT, JERRY D. DUMAS, SR.:**

**PLEASE SELECT EITHER A OR B:**

A. _____ In favor of plaintiffs and against defendant, Jerry D. Dumas, Sr., on the civil conspiracy claim.

**OR**

B. \_\_\_X\_\_\_ In favor of defendant, Jerry D. Dumas, Sr., and against plaintiffs on the civil conspiracy claim.

### AS TO DEFENDANT, JOHN TODD SANNER:

PLEASE SELECT EITHER A OR B:

A. _____ In favor of plaintiffs and against defendant, John Todd Sanner, on the civil conspiracy claim.

**OR**

B. __X__ In favor of defendant, John Todd Sanner, and against plaintiffs on the civil conspiracy claim.

---

PLEASE ANSWER PART 3 ONLY IF YOU HAVE FOUND IN FAVOR OF PLAINTIFFS IN PART 1 (PLAINTIFFS' FRAUD CLAIM) AGAINST *ANY* DEFENDANT OR HAVE FOUND IN FAVOR OF PLAINTIFFS IN BOTH PART 1 (PLAINTIFFS' FRAUD CLAIM) AND PART 2 (PLAINTIFFS' CIVIL CONSPIRACY CLAIM) AGAINST *ANY* DEFENDANT.

### PART 3
### ACTUAL DAMAGES

We award plaintiffs actual damages in the amount as follows:

Economic Damages   $ 107,000.00 plus legal fees and court costs.

PLEASE ANSWER PART 4 ONLY IF YOU HAVE FOUND IN FAVOR OF PLAINTIFFS IN PART 1 (PLAINTIFFS' FRAUD CLAIM) AGAINST *ANY* DEFENDANT OR HAVE FOUND IN FAVOR OF PLAINTIFFS IN BOTH PART 1 (PLAINTIFFS' FRAUD CLAIM) AND PART 2 (PLAINTIFFS' CIVIL CONSPIRACY CLAIM) AGAINST *ANY* DEFENDANT AND HAVE AWARDED PLAINTIFFS ACTUAL DAMAGES.

<u>**IF YOU HAVE FOUND IN FAVOR OF A DEFENDANT ON *BOTH* OF PLAINTIFFS' FRAUD AND CIVIL CONSPIRACY CLAIMS, PLEASE DO NOT ANSWER ANY OF THESE QUESTIONS AS TO THAT DEFENDANT.**</u>

### PART 4 - PUNITIVE DAMAGES - FIRST STAGE

PLEASE CHECK THE APPROPRIATE LINE FOR THESE QUESTIONS. DO NOT ANSWER THE QUESTIONS FOR A DEFENDANT IF YOU HAVE FOUND FOR THE DEFENDANT ON *BOTH* OF PLAINTIFFS' CLAIMS (*e.g.* THE FRAUD CLAIM AND THE CIVIL CONSPIRACY CLAIM).

<u>**AS TO DEFENDANT, FLOTEK INDUSTRIES, INC.:**</u>

We, the jury, __X__ find / _____ do not find by clear and convincing evidence that defendant, Flotek Industries, Inc., acted in reckless disregard of the rights of plaintiffs.

We, the jury, _____ find / __X__ do not find by clear and convincing evidence that defendant, Flotek Industries, Inc., acted intentionally and with malice toward plaintiffs.

<u>**AS TO DEFENDANT, CHEMICAL AND EQUIPMENT SPECIALTIES, INC. (CESI):**</u>

We, the jury, __X__ find / _____ do not find by clear and convincing evidence that defendant, Chemical and Equipment Specialities, Inc., acted in reckless disregard of the rights of plaintiffs.

We, the jury, _____ find / __X__ do not find by clear and convincing evidence that defendant, Chemical and Equipment Specialities, Inc., acted intentionally and with malice toward plaintiffs.

## AS TO DEFENDANT, JERRY D. DUMAS, SR.:

We, the jury, _____ find / __X__ do not find by clear and convincing evidence that defendant, Jerry D. Dumas, Sr., acted in reckless disregard of the rights of plaintiffs.

We, the jury, _____ find / __X__ do not find by clear and convincing evidence that defendant, Jerry D. Dumas, Sr., acted intentionally and with malice toward plaintiffs.

## AS TO DEFENDANT, JOHN TODD SANNER:

We, the jury, _____ find / __X__ do not find by clear and convincing evidence that defendant, John Todd Sanner, acted in reckless disregard of the rights of plaintiffs.

We, the jury, _____ find / __X__ do not find by clear and convincing evidence that defendant, John Todd Sanner, acted intentionally and with malice toward plaintiffs.

10/28/2011
DATED

*Linda L Brandeberry*
FOREPERSON

09-0770p061.verdict.wpd