## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED IN
OPEN COURT**

OCT 2 8 2011

BY: _____

| | |
|---|---|
| BJORN MYKLATUN, an individual Residing in Oslo, Norway, and OIL INNOVATION, AS, a Norwegian Company, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CIV-09-0770-F |
| FLOTEK INDUSTRIES, INC., a Delaware Corporation, CHEMICAL AND EQUIPMENT SPECIALTIES, INC. an Oklahoma Corporation, JERRY D. DUMAS, SR., an individual residing in Houston, Texas, and JOHN TODD SANNER, an individual residing in Duncan, Oklahoma, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## VERDICT FORM - EXEMPLARY OR PUNITIVE DAMAGES - SECOND STAGE

### AS TO DEFENDANT, FLOTEK INDUSTRIES, INC.:

PLEASE SELECT A OR B:

A.  __X__  We, the jury, duly empaneled and sworn in the above-entitled cause, award the plaintiffs punitive damages in the amount of $ _53,500.00_ against defendant, Flotek Industries, Inc.

### OR

B.  _____  We, the jury, duly empaneled and sworn in the above-entitled cause, do not award the plaintiffs any punitive damages.

**AS TO DEFENDANT, CHEMICAL AND EQUIPMENT SPECIALTIES, INC. (CESI):**

**PLEASE SELECT A OR B:**

A. _____X_____     **We, the jury, duly empaneled and sworn in the above-entitled cause, award the plaintiffs punitive damages in the amount of $ _53,500.00_ against defendant, Chemical and Equipment Specialties, Inc. (CESI).**

**OR**

B. _____     **We, the jury, duly empaneled and sworn in the above-entitled cause, do not award the plaintiffs any punitive damages.**

_10/28/2011_____
**DATED**

_Linda Brandeberry_
**FOREPERSON**

09-0770p060.Supp.JI rev 01 .wpd