# Executive Shorthand Reporters of OK

715 N. Hudson Ave., Suite A
Tax ID# 05-0626838
Oklahoma City, OK 73102

Voice: 405-235-6066
Fax: 405-236-5312

# INVOICE

Invoice Number: 8281
Invoice Date: Apr 26, 2011
Page: 1

| Bill To: | Ship to: |
|---|---|
| David Keesling<br>Richardson-Beadroux Law Firm<br>6450 S. Lewis Ave., Suite 300<br>Tulsa, OK 74103 | Bjom Myklatun vs.<br>Halliburton Energy Services, e<br>Case No. CIV-09-770-F |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Mr. David Keesling | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| MW 4 | US Mail | | 5/26/11 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | For the preparation of the original and one copy, e-transcript, condense and keyword index for the deposition of Terry Brittenham, P.E. taken on April 20, 2011. | | 1,697.45 |
| | | Subtotal | | 1,697.45 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 1,697.45 |
| | | Payment/Credit Applied | | |
| Check/Credit Memo No: | | TOTAL | | 1,697.45 |