**Executive Shorthand Reporters of OK**
715 N. Hudson Ave., Suite A
Tax ID# 05-0626838
Oklahoma City, OK 73102

Voice: 405-235-6066
Fax: 405-236-5312

# INVOICE

Invoice Number: 8403
Invoice Date: Jun 22, 2011
Page: 1

| Bill To: | Ship to: |
|---|---|
| David Keesling<br>Richardson-Beadroux Law Firm<br>6450 S. Lewis Ave., Suite 300<br>Tulsa, OK 74103 | Bjorn Myklatun, et al. vs.<br>Halliburton Energy Company, et<br>Case No. CIV-09-770-F |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Mr. David Keesling | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MW 4 | US Mail | | 7/22/11 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | For the preparation of the original and one copies, e-transcript, condense and keyword index for the deposition of John Todd Sanner taken on June 7, 2011. | | 1,741.50 |

| | |
|---|---|
| Subtotal | 1,741.50 |
| Sales Tax | |
| Total Invoice Amount | 1,741.50 |
| Payment/Credit Applied | |
| **TOTAL** | **1,741.50** |

Check/Credit Memo No:

JUN 2 8 2011