# STEVE MEADOR & ASSOCIATES
318 NW 13TH STREET
OKLAHOMA CITY, OK 73103
Phone #: (405)232-4114   Fax #: (405)232-1060

To:

MR. DAVID KEESLING
RICHARDSON RICHARDSON & BOUDREAUX
6450 S. LEWIS, SUITE 300
TULSA, OK 74136

Employer I.D. No. 73-1280676

**Invoice Date**
8/05/2010

**Invoice No.**
33,700

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

*Insurance Information:*

Claim Number: N/A

RE: MYKLATUN VS. HALLIBURTON, ET AL.

Deposed: BJORN MYKLATUN - VOL. I

Deposition Date: 7/15/2010   Case No. CIV-09-770-F

Taken By: MELINDA NIEVEZ

City of Deposition: OKLAHOMA CITY, OK

| Description | Qty | Amount | Charges |
|---|---|---|---|
| One Copy | 288 | 1.50 | 432.00 |
| Photocopying of exhibits (B&W) | 418 | 0.20 | 83.60 |
| E-Trans;Mini(s);Index(es) | 1 | 55.00 | 55.00 |
| Read & Sign Handling Charge | 1 | 25.00 | 25.00 |
| UPS Delivery | 1 | 9.00 | 9.00 |

**TERMS: NET 30 DAYS**
To ensure proper credit, please enclose a copy of this invoice with payment.

**Total:** 604.60

**TOTAL BALANCE DUE** 604.60