# INVOICE



**First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407) 767-8166 fax
www.firstchoicereporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 138498*** | 8/31/2011 | 176379 |
| Job Date | Case No. | |
| 7/28/2011 | CIV-09-770-F | |
| Case Name | | |
| Myklatun, Bjorn vs Halliburton Energy Services | | |
| Payment Terms | | |
| Due upon receipt | | |

David Keesling, Esq.
Richardson, Richardson, Bordreaux, et al.
6450 S. Lewis Ave.
Ste. 300
Tulsa OK  74136

BACKORDER transcript - O & 1:
  Jon Leonard, Vol 1
    Exhibit                                    140.00 Pages                    939.89
    Postage/Handling
BACKORDER transcript - O & 1:
  Jon Leonard, Vol 2                                                           214.20

                          TOTAL DUE >>>                    $1,154.09
                          AFTER 9/30/2011 PAY              $1,269.50

Tax ID: 59-347-3648                              Phone: 918.492.7674    Fax: 918.493.1925

*Please detach bottom portion and return with payment.*

David Keesling, Esq.
Richardson, Richardson, Bordreaux, et al.
6450 S. Lewis Ave.
Ste. 300
Tulsa OK  74136

Job No.    : 176379          BU ID        : Orlando
Case No.   : CIV-09-770-F
Case Name  : Myklatun, Bjorn vs Halliburton Energy Services

Invoice No.  : 138498***     Invoice Date : 8/31/2011
Total Due    : $1,154.09
AFTER 9/30/2011 PAY $1,269.50

REDACTED

Remit To:  First-Choice Reporting Services, Inc.
           P.O. Box 1353
           Orlando FL  32802



**PAYMENT WITH CREDIT CARD**
Cardholder's Name: Christina Litty
Card Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Exp. Date: ▓▓▓▓       Phone#: 918-492-7674
Billing Address: 6450 S. Lewis, Suite 300
Zip: 74136   Card Security Code: 621
Amount to Charge: 1,154.09
Cardholder's Signature: Christina Litty