TALISMAN ENERGY

REISEREGNINGSSKJ

| Navn: | Sonja Urdal Alsvik | Adresse: Oestre Hamravol 3, 4315 Sandnes |
|---|---|---|
| Ansattnr: | 012345 | |
| Avdeling: | | Dato: 14/9-11  Ansatt signatur: Sonja U. Alsvik |
| Fra dato/kl.: | 27.04.2011   17:00 | Godkjenner's signatur |
| Til dato/kl.: | ~~30.04.2011~~   23:30 | |
| | 01.05.2011 | |
| Formål med reisen: | Depositions | |
| By(land): | UK, London | Valutakurs: 0,00 NOK   Hotell   INOK   Tjenestereise Onshore |

Typer: F=Fly, Bu=Buss, To=Tog, Ta=Taxi, B=Båt, H=Hotell, P=Privat overnatting, A=Annen overnatting, D=Diverse

### Reiseutgifter

| Bilag Nummer | Fra dato | Til dato | Type | Beskrivelse av utgifter (Navn og adresse på hotell må være del av beskrivelsen) | Beløp i NOK | Beløp i valuta | Beløp |
|---|---|---|---|---|---|---|---|
| | 27.04.2011 | 27.04.2011 | Ta | Taxi Sandnes - Sola Airport | 307 | | 307,00 |
| | 27.04.2011 | 01.05.2011 | F | Flight Sola Airport - London - Sola Airport | 6045 | | 6045,00 |
| | 27.04.2011 | 27.04.2011 | To | Train London Airport - London City | 70 | | 70,00 |
| | 01.05.2011 | 01.05.2011 | To | Train London City - London Airport | 157 | | 157,00 |
| | 01.05.2011 | 01.05.2011 | Ta | Taxi Sola Airport - Sandnes | 373 | | 373,00 |

Sum reiseutgifter: 6952,00

### Kjøring

| Avreise dato | Hjemkomst dato | Reiserute | Totalt ant. KM |
|---|---|---|---|

### Bilgodtgjørelse

| | | Antall | Sats | Beløp |
|---|---|---|---|---|
| 1 | Bil 0-9000 km | 0 | 3,65 | 0,00 |
| 2 | Bil over 9000 km/kjøring utland | | 3,00 | 0,00 |
| 3 | Passasjertillegg | | 0,90 | 0,00 |
| | Pendler/Arbeidsreise (offshore) | 0 | 1,30 | 0,00 |

### Diett — Nattillegg ved privat overnatting u.a.

| | | | Antall | Sats | Beløp |
|---|---|---|---|---|---|
| 4 | Adm. forpleining | Innland/utland | | 80 | 0,00 |
| 5 | Privat | Innland | | 400 | 0,00 |
| 6 | Overnatting | Utland | | 400 | 0,00 |

NB! Fyll inn antall måltider betalt av andre

### Diettgodtgjørelse/fradrag for måltider:

| | | | Sats | Frokost | Lunsj | Middag | Beløp |
|---|---|---|---|---|---|---|---|
| 7.1 | Diett med | Hotell/Privat overnatting | 580 | 0 | 0 | 0 | 0,00 |
| 7.2 | overnatting | Reise 8-12 timer | 0 | 0 | 0 | 0 | 0,00 |
| 8 | | Pensjonatsats | 291 | 0 | 0 | 0 | 0,00 |
| 9 | | Hybel/Tollmann Bolig | 189 | 0 | 0 | 0 | 0,00 |
| 10 | | Utland | 800 | 3 | 3 | 3 | 1040,00 |
| 11 | | Beordring > 28 dg. | 150 | 0 | 0 | 0 | 0,00 |
| 12 | | Beordring > 28 dg. Utl. | 600 | 0 | 0 | 0 | 0,00 |

### Diett uten overnatting uten kvittering

| 13.1 | Innland | 5-9 timer | 175 | 0 | 0 | 0 | 0,00 |
| 13.2 | Innland | 9-12 timer | 270 | 0 | 0 | 0 | 0,00 |
| 13.3 | Innland | over 12 timer | 445 | 0 | 0 | 0 | 0,00 |
| 14.1 | Utland | 6-12 timer | 533 | 0 | 0 | 0 | 0,00 |
| 14.2 | Utland | over 12 timer | 800 | 0 | 0 | 0 | 0,00 |

### Diett uten overnatting med kvittering

| 15.1 | Innland | Reise fra 0-9 timer | 168 | | | | 0,00 |
| 15.2 | Innland | Reise fra 9-12 timer | 240 | | | | 0,00 |
| 15.3 | Innland | Reise over 12 timer | 384 | | | | 0,00 |

| Konto | Lokasjon/Prosjekt nr. | Ansattnr. | Fak. nr. | M/C | Beløp | | |
|---|---|---|---|---|---|---|---|
| | | | | | Sum diett: | | 1040,00 |
| | | | | | Sum reiseutgifter: | | 6952,00 |
| | | | | | Sum totale utgifter: | | 7992,00 |
| | | | | | Skyldig til ansatt: | | 7992,00 |

For regnskapsavd.:   Bilag: _____

Signatur: _____

↳ Sum 7992,- NOK