AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

INVOICE NO:   20110197

Mr. David R. Keesling
richardson Richardson Boudreaux
6450 S. Lewis Avenue
Suite 300
Tulsa, OK 74136

Phone:

### ─MAKE CHECKS PAYABLE TO:─

Tracy Washbourne, RPR, Inc.
United States Court Reporter
14216 Smithurst Road
Edmond, OK 73013

Phone:     (405) 609-5505
FAX        (405) 286-0347
Tax ID:    73-1437500
kkloganw@cox.net

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 10-05-2011 | DATE DELIVERED: 10-07-2011 |

**Case Style:** CR-09-770, Bjorn Myklatun v Halliburton, et al
Motions in limine hearing had on 10/5/11

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 53 | 4.85 | 257.05 | | 0.90 | | | 0.60 | | 257.05 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 257.05 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $257.05 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 10-07-2011 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

