WELCOME TO
ROLAND SHELL

SHELL                    93 002 684258
25 WEST RAY FINE RD              S1N0611
ROLAND        OK  74854

| Descr. | qty | amount |
| ------ | --- | ------ |

<CUSTOMER COPY>
T  BULE DIAMOND BOLD JA    1    0.99
T  PLANTERS HONEY R        1    2.09
T  PLANTERS HONEY R        1    0.59
                          ----------
              Subtotal          3.67
                   Tax          0.36
    **TOTAL**          **4.03**
              CREDIT  $         4.03

XXXX XXXX XXXX 6519 MASTERCARD
NAME: RICHARDSON/GARY L

INVOICE: 89953          AUTH #:20246P

**THANKS,COME AGAIN**
ST# AB123 TILL XXXX DR# 1 TRAN# 1018927
CSH: Chad          03/24/11 17:29:11

---

MCDONALDS OF SHERWOOD #5440
Join Our Team Apply Online At
www.mcarkansas.com/5440
501-835-6323

8400 WARDEN RD
SHERWOOD, AR 72120

THANK YOU

MCDONALD'S            TEL# (501)835-6323

34  KS#03   **S#1**   Mar.25'11(Fri)15:09
STORE#  5440          MER# KB05544082001

# Order #334   EAT IN

1 ANGUS DELUXE              4.29
1 MED CARAMEL FRAPPE        2.99
1 MED DIET COKE             1.59

SUB TOTAL                   8.87
EAT IN TAX                  0.89
                          ------
                            9.76

CARD ISSUER   ACCOUNT #
MSTR SALE     ***********6519
TRANSACTION AMOUNT          9.76
AUTH CODE 13555P SEQ# 4443

CASH TENDERED               0.00

CHANGE                      0.00